UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

RONALD ZUESKI,

    Plaintiff,                              Case No. 07-10245

v.                                        District Judge Denise Page Hood
                                        Magistrate Judge R. Steven Whalen

MICHIGAN STATE POLICE, et al.,

    Defendant.

_____/

## ORDER EXTENDING TIME FOR DEFENDANT TO PRODUCE DISCOVERY

On December 10, 2007, this Court entered an order [Docket #72] directing the Defendants to produce hard copies of documents that were previously sent to the Plaintiff on a computer disk. Plaintiff is a prison inmate who is apparently not permitted to have computer disks. The Court ordered that the Defendants produce the hard copies by December 20, 2007.

Defendants have filed an objection to that order [*see* Docket #74], requesting an additional 10 days to transcribe and produce the documents. Given the volume of documents, that request is reasonable.

Accordingly, Defendants' objections [Docket #74] are construed as a motion for reconsideration, and is GRANTED.

-1-

Defendants shall produce the documents described in this Court's order of December 10, 2007 by December 30, 2007. All other portions of the December 10th order shall remain unchanged.

SO ORDERED.

S/R. Steven Whalen
R. STEVEN WHALEN
UNITED STATES MAGISTRATE JUDGE

Dated: December 17, 2007

CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the foregoing order was served on the attorneys and/or parties of record by electronic means or U.S. Mail on December 17, 2007.

S/G. Wilson
Judicial Assistant