UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

Zueski,

        Plaintiff,

Case No. 07-cv-10245

v.

Judge: Denise Page Hood

Michigan State Police et al,

        Defendant.
_____/

## NOTICE OF CORRECTION

Docket entry number __93__ filed _2/26/2008_ has been modified. The explanation for the correction is stated below.

| | |
|---|---|
| ☐ | The docket entry was made on the wrong case. |
| ☐ | The corresponding document image was missing or incomplete. |
| ☐ | The wrong document image was associated. |
| ☐ | The wrong judicial officer was listed on the case docket. |
| ☐ | The filer information was inaccurate or omitted from the docket text. |
| ☐ | The judicial officer information was inaccurate or omitted from the docket text. |
| ☐ | The docket text was changed. |
| **x** | Other: Incorrect information added in with docket text. |

If you need further clarification or assistance, please contact      at  .

DAVID J. WEAVER, CLERK OF COURT

S/Nicole Hollier
Deputy Clerk

Date: February 26, 2008